## STATE ex rel. INVESTORS' SYNDICATE v. GRAHAM.

No. 27065. Dec. 22, 1936.

Yancey, Spillers & Brown, for plaintiff in error.

H. O. Bland, E. M. Gallaher, and Milton W. Hardy, for defendant in error.

PER CURIAM. This is a companion case to cause No. 27064, State of Oklahoma ex rel. Investors' Syndicate v. Graham, decided Dec. 1, 1936, 178 Okla. 259, 62 P. (2d) 986. Upon the authority and holding of that case, this case is dismissed.

McNEILL, C. J., OSBORN, V. C. J., and RILEY, BAYLESS, BUSBY, and GIBSON, JJ., concur. WELCH, PHELPS, and CORN, JJ., absent.